UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY DAVIS,<br>Plaintiff,<br>v.<br>MORAGA SCHOOL DISTRICT,<br>Defendant. | Case No. 26-cv-11645-ASK<br>**ORDER GRANTING *IN FORMA PAUPERIS* APPLICATION AND SCREENING PLAINTIFF'S COMPLAINT**<br>Re: Dkt. No. 3 |

On October 8, 2026, Plaintiff Stacey Davis filed this civil action and an application to proceed *in forma pauperis*. Dkt. 3. The Court **GRANTS** Ms. Davis's application.

The Court has federal subject matter jurisdiction over Ms. Davis's complaint because she seeks judicial review of Administrative Law Judge Robert G. Martin's final administrative decision as to certain aspects of her minor son's education under the Individuals with Disabilities Education Act, 20 U.S.C. § 1415(i)(2). Dkt. 1; *see* 28 U.S.C. § 1331. Ms. Davis's complaint states a cognizable claim for review of the ALJ's determination that Moraga School District did not deny Ms. Davis's son a free appropriate public education. Accordingly, Ms. Davis's complaint is sufficient to satisfy 28 U.S.C. § 1915 review.

The Clerk of Court is **DIRECTED** to issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, and this Order upon Defendant Moraga School District.

While this case is pending, Ms. Davis must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action. Because Ms. Davis is unrepresented, she may wish to contact the Federal Pro Bono Project's Help Desk for assistance—

United States District Court
Northern District of California

a free service for unrepresented litigants—by calling (415) 782-8982 to make an appointment. While the Help Desk does not provide legal representation, a licensed attorney may assist Ms. Davis in preparing her case. Ms. Davis may also wish to consult a manual the court has adopted to assist unrepresented litigants in presenting their case. This manual, and other free information for unrepresented litigants, is available online at: https://cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: October 28, 2026

AJAY S. KRISHNAN
United States Magistrate Judge